**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                    <u>CR-13-320-R</u>

Defendant <u>**HOUSHANG PAVEHZADEH**</u>        S.S.#<u>-------0886</u>

Residence: <u>5501 Hartglen Place</u>          Mailing: <u>SAME</u>
            <u>Agoura Hills, CA 91301</u>                  <u>            </u>

------------------------------------------------------------------
**JUDGMENT AND PROBATION/COMMITMENT ORDER**
------------------------------------------------------------------
        In the presence of the attorney for the government, the defendant
appeared in person, on:<u>    MAY 19, 2014    </u>
                            Month / Day / Year

COUNSEL:
        <u>    </u> WITHOUT COUNSEL
               However, the court advised defendant of right to counsel and asked if
defendant desired to have counsel appointed by the Court and the defendant thereupon
waived assistance of counsel.
        <u>XX</u> WITH COUNSEL<u>  Michael Evans, retained    </u>
                        <u>    Alaleh Kamran, retained    </u>

<u>X </u>PLEA:
        <u>XX</u> GUILTY, and the Court being satisfied that there is a factual
basis for the plea.

FINDING:
        There being a finding of<u> XX </u> GUILTY, defendant has been convicted
as charged of the offense(s) of: Health Care Fraud, Causing an Act to
be Done in violation of Title 18 USC §§ 1347, 2(b) as charged in Count
Seven (7) of the Indictment.


JUDGMENT AND PROBATION/COMMITMENT ORDER:
        The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the
contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant
to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be
imprisoned for a term of:

        **Sixty-three (63) months** on count 7 of the Indictment.

        IT IS FURTHER ADJUDGED that upon release from imprisonment
defendant shall be placed on supervised release for **three (3) years**,
under the following terms and conditions: the defendant 1) shall comply
with the rules and regulations of the United States Probation Office,
General Order 05-02, and General Order 01-05, including the three
special conditions delineated in General Order 01-05; 2) during the
period of community supervision, the defendant shall pay the special
assessment and restitution in accordance with this judgment's orders
pertaining to such payment, which is due immediately; 3)shall apply
monies received from income tax refunds, lottery winnings, inheritance,
judgments, and any anticipated or unexpected financial gains to the
outstanding Court-ordered financial obligation; 4) shall notify any
state medical boards in which he is a licensed physician, including the


**-- GO TO PAGE TWO --**                    <u>    CCH    </u>
                                            Deputy Clerk

**U.S.A. V. HOUSHANG PAVEHZADEH**                     CR 13-320-R-1

-- CONTINUED FROM PAGE ONE --                           **PAGE TWO**
========================================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
========================================================================

Board of Chiropractic Examiners, in writing, of his conviction and
sentence within 30 days of this judgment; 5) shall not be employed in
any position that requires licensing or certification by any local,
state or federal agency without the prior written approval of the
Probation Officer; 6) shall not engage, as a whole or partial owner,
employee, consultant or otherwise, in any business involving federally
funded health insurance or entitlement programs without the express
written approval of the Probation Officer prior to engaging in such
employment. Further, the defendant shall provide the Probation Officer
with access to any and all business records, client lists, and other
records pertaining to the operation of any business owned, in whole or
in part, by the defendant, as directed by the Probation Officer; 7)
shall cooperate in the collection of a DNA sample of defendant.

    IT IS FURTHER ORDERED that defendant shall pay restitution in the
total amount of $1,033,053.00 pursuant to 18 U.S.C. § 3663A. Defendant
shall pay restitution in the total amount of $1,033,053.00 to victims
as set forth in a separate victim list prepared by the probation office
which this Court adopts and which reflects the Court's determination
of the amount of restitution due to each victim. The victim list, which
shall be forwarded to the fiscal section of the clerk's office, shall
remain confidential to protect the privacy interests of the victims.

    IT IS FURTHER ORDERED that a partial payment of $875,000.00 shall
be paid within one week of sentencing. Restitution shall be due during
the period of imprisonment, at the rate of not less than $1,000.00 per
quarter, and pursuant to the Bureau of Prisons' Inmate Financial
Responsibility Program.  If any amount of the restitution remains
unpaid after release from custody, nominal monthly payments of at least
10 percent of defendant's gross monthly income but not less than
$1,000.00, whichever is greater, shall be made during the period of
supervised release and shall begin 30 days after the commencement of
supervision.  Nominal restitution payments are ordered as the Court
finds that the defendant's economic circumstances do not allow for
either immediate or future payment of the amount ordered or in excess
of.
    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3612(f)(3)(A),
interest on the restitution ordered is waived because the defendant
does not have the ability to pay interest.  Payments may be subject to
penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

///
///
///

-- GO TO PAGE THREE --                           ___CCH___
                                                 Deputy Clerk

**U.S.A. V. HOUSHANG PAVEHZADEH**                    CR 13-320-R-1

-- CONTINUED FROM PAGE TWO --                         PAGE THREE
================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER

IT IS FURTHER ORDERED that defendant pay to the United States a special assessment of $100.00, which is due immediately.

IT IS FURTHER ORDERED that all fines and costs of imprisonment are waived.

IT IS FURTHER ORDERED that the bond is exonerated. Issued Remand Order #15389.

Defendant shall comply with General Order 01-05.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by:  District Judge _____
                                **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk of Court

Dated/Filed   MAY 19, 2014          By_____/S/_____
                Month / Day / Year          Christine Chung, Deputy Clerk

CC: FISCAL

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;

16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

**X**     The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.


**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

| | | |
|---|---|---|
| Defendant delivered on | to | |
| Defendant noted on appeal on | | |
| Defendant released on | | |
| Mandate issued on | | |
| Defendant's appeal determined on | | |
| Defendant delivered on | to | |

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____          By          _____

Date                                                             Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____          By          _____

Filed                                                            Deputy Clerk
Date

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____

Defendant                                                             Date

_____          _____

U. S. Probation Officer/Designated Witness                    Date